### No. 320

### WHITWORTH MOVING & STORAGE CO. v. WALTER

Ohio Court of Appeals, Cuyahoga County
No. 4426. Feb. 23, 1923

This opinion has not been published except in Abstract.

PREJUDICIAL ERROR—(1) Verdict not against the weight of evidence—(2) Admission of evidence as to value of goods—(3) Freight charge as an element of damages.

(Cushing, Buchwalter and Hamilton, JJ., 1st Dist. Sitting)

PER CURIAM.

#### Epitomized Opinion

John Walter brought an action for damages for loss or destruction of household goods and other personal porperty claimed to have been shipped under a contract with defendant Moving Company. Plaintiff claimed that defendant agreed to transport plaintiff's goods in question by motor truck from Cleveland, Ohio, to Erie, Pa., and that instead of shipping said goods by motor truck it shipped them over a railroad by freight and that upon their arrival at Erie it was found that some of the goods had been lost and others damaged. Defendant claimed that the goods were to be transported by motor truck but if the roads were not in such condition as to make this possible, then by freight over the New York Central Railroad. Plaintiff claimed damages for loss and damages to the goods and also for freight and demurrage. Upon securing a judgment, the defendant prosecuted error

claiming that the verdict was against the weight of evidence, that incompetent and hearsay evidence of the value of the goods was improperly admitted and that there was error in the charge. In sustaining the judgment for the plaintiff the court of appeals held:

1. While there was a conflict of testimony as to the exact terms of the contract, it cannot be said that the verdict was against the weight of evidence.

2. The plaintiff's testimony as to the value of the goods lost, being based on inquiries made by him at various stores as to value, was competent, as the basis or opinion went to the weight rather than the competency of the evidence.

3. The plaintiff was entitled to recover the freight charges paid by him in order to procure his goods, as the defendant, by shipping the goods on the railroad, incurred the freight charges.

**Attorneys**—Reed, Meals, Orgill & Maschke, for Moving Co.; White, Cannon & Spieth, for Walter.